AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

Peter L. Duffy

v.

Gordon R. England Secretary of Navy

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-10410 WGY

TO: (Name and address of Defendant)

U.S. Attorney's Office
Suite 9200 (9th Floor)
United States Courthouse
Boston, MA 02210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter L. Duffy
210 Boston Road
Sutton, MA 01590

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE  3-1-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/4/2004 |
| NAME OF SERVER (PRINT) PETER L. DUFFY | TITLE PRO SE |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail with Return Receipt

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/8/2004    _[signature]_
                Date         Signature of Server

210 Boston Rd
Sutton, MA 01590
Address of Server

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage)

| Postage | $ | 0.60 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.65 |

Sent To: U.S. Attorney's O
Street, Apt. No.: Suite 9200 US
City, State, ZIP+4: Boston, MA

7003 1680 0007 5596 1635

PS Form 3800, June 2002

---

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorney's Office (9th Floor)
Suite 9200
United States Courthouse
Boston, MA 02210

A. Signature  X _LaPointe_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number  7003 1680 0007 5596 1635
(Transfer from service label)

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540