UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PETER L. DUFFY, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No.  04-10410-WGY |
|  | ) | |
| GORDON R. ENGLAND, | ) | |
| SECRETARY OF THE NAVY | ) | |
|  | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant Gordon R England, as he is Secretary of the Navy, moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss plaintiff's Amended Complaint (Complaint) for failure to state a claim upon which relief can be granted.  As set forth more fully in the accompanying Memorandum in Support of Motion to Dismiss, plaintiff's Complaint is barred because he did not file a Notice of Intent to File a Civil Action within the required 180 day period from any of the alleged discriminatory acts of which he complains.  Moreover, the Complaint is time-barred because plaintiff failed to file his district court complaint within the two-year statute of limitations.  The action therefore is untimely and forever barred.

WHEREFORE, defendant requests that the Court grant this motion and dismiss the

Complaint in its entirety with prejudice.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:     /s/_____
        Barbara Healy Smith
        Assistant U.S. Attorney
        U.S. Attorney's Office
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA   02210
        (617) 748-3263

Dated:

## CERTIFICATE OF SERVICE

This is to certify that I have this 3rd day of May, 2004, served upon the *pro se* plaintiff a copy of the foregoing Motion to Dismiss and accompanying Memorandum by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery: Peter L. Duffy, 210 Boston Road, Sutton, MA 01590.

        ____/s/_____
        Barbara Healy Smith
        Assistant U.S. Attorney

## LOCAL RULE 7.1(A)(2) CERTIFICATION OF COMPLIANCE

The undersigned counsel certifies that in a good faith attempt to resolve the issues raised by this motion, I telephoned the *pro se* plaintiff in this action, Mr. Peter L. Duffy, on the morning of May 3, 2004, to discuss the grounds for this motion, and left a voicemail message.

        ____/s/_____
        Barbara Healy Smith
        Assistant United States Attorney