**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Civil Action
No: 04-10410-WGY

PETER L. DUFFY
Plaintiff

v.

UNITED STATES
Defendant

## ORDER OF DISMISSAL

YOUNG, C.J.

After a hearing held on JUNE 21, 2004, this Court Orders that Defendant's Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed

Tony Anastas
Clerk

By: *Elizabeth Smith*
Deputy Clerk

June 22, 2004

Notice mailed to counsel of record.