UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER L. DUFFY, ) | Civil Action No: 04-10410WGY |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **NOTICE OF APPEAL** |
| ) | |
| GORDON R. ENGLAND ) | |
| SECRETARY OF THE NAVY ) | |
| Defendant ) | |
| ) | |

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

Notice is hereby given that Peter L. Duffy, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from an Order granting Defendants' Motion to Dismiss, entered in this action on the 22nd day of June, 2004.

Peter L. Duffy
Plaintiff, Pro Se

210 Boston Road
Sutton, MA 01590
(508) 865-7977