# United States Court of Appeals
## For the First Circuit

04-10410
USDC/MA
Young, W.

No. 04-2122

# MANDATE

PETER L. DUFFY,

Plaintiff, Appellant,

v.

GORDON R. ENGLAND, SECRETARY OF THE NAVY,

Defendant, Appellee.

**JUDGMENT**

Entered: March 11, 2005

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. See lst Cir. Rule. 27(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 5/2/05

By the Court:

RICHARD CUSHING DONOVAN

_____
Richard Cushing Donovan, Clerk

[cc: Mr. Duffy & Ms. Healy Smith.]